# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| **JUAN GARCIA, JR.**, individually and on behalf of all others similarly situated, | Civil Action No.: 1:25-cv-00185 |
| *Plaintiff,* | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| **HARTSON-KENNEDY, INC**, | |
| *Defendant.* | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Juan Garcia, Jr., ("Plaintiff") hereby files his Notice of Voluntary Dismissal of his claims against Defendant Hartson-Kennedy, Inc., with prejudice.

Dated: March 10, 2026

Respectfully submitted,

*/s/ Leigh S. Montgomery*
Leigh S. Montgomery*
Texas Bar No. 24052214
lmontgomery@eksm.com
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Service only: service@eksm.com

-and-

*/s/ Ronald E. Weldy*
Ronald E. Weldy, #22571-49
Weldy Law
11268 Governors Lane
Fishers, IN 46037
(317) 842-6600
rweldy@weldylegal.com

(*denotes appearing *pro hac vice*)

**COUNSEL FOR PLAINTIFF AND THE
PUTATIVE CLASS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 10th day of March 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court through the Court's electronic system, which will send electronic notification to all counsel of record.

<em>/s/ Leigh S. Montgomery</em><br>Leigh S. Montgomery